**DATE:** 9/18/2013

**BEFORE:** MATSUMOTO U.S.D.J.          **TIME:** 11:00am-12:10am

## CRIMINAL CAUSE FOR SENTENCING

SENTENCING   11 CR 297   (KAM) U.S.A.  VS.  RAMIREZ-GRANADOS

EFENDANT'S NAME: **Lilia Ramirez-Granados** - CUSTODY          DOCKET & FILE

DEFENSE COUNSEL: **Lloyd Epstein**- CJA

A.U.S.A: **Soumya Dayananda**          COURT REPORTER: **Charlene Heading**

Deputy: Sandra Jackson          SPANISH INT: **Rosa Olivera**

- ✔ CASE CALLED.          ✔ DEFENDANT SWORN AND INFORMED OF RIGHTS
- ✔ SENTENCING HELD.      ✔ STATEMENTS OF DEFENDANT AND COUNSEL HEARD
- ✔ DEFENDANT PLEA GUILTY TO COUNT(S) One and Two of a Twenty-Two Count, Third Superseding Indictment
- ✔ COURT ACCEPTS THE PLEA OF GUILTY

**IMPRISONMENT:** 42 months incarceration with credit for time served since December 28, 2011.

**The Court respectfully request that the BOP provide Ms. Ramirez-Granados with mental health treatment and educational and vocational training**

$200 Special Assessment     $0 Restitution     $0 Fine     Forfeiture $0

✔ REMAINING OPEN COUNTS 6, 10, 15, 20, and 22 of the underlying indictment and superseding indictment are dismissed
   DISMISSED ON GOVT'S MOTION

☐ COURT'S MOTION          ✔ TRANSCRIPT ORDERED          ☐ ICE DETAINER

✔ COURT ADVISED DEFT OF RIGHT TO APPEAL.          ☐ I.F.P. GRANTED

✔ GOVT SHALL ARRANGE FOR THE RETURN OF DEFENDANT'S PROPERTY, IF ANY

✔ ICE DETAINER

✔ GOVT SHALL ARRANGE FOR THE RETURN OF DEFENDANT'S PROPERTY, IF ANY